Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Aerospace Precision, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **1st CHOICE AEROSPACE** 3361 Enterprise Way Miramar, FL 33025 | | **Trade Debt** | | | | $8,872.00 |
| **AERO INSTRUMENTS & AVIONICS, INC.** AERO INSTRUMENTS & AVIONICS, INC North Tonawanda, NY 14120 | | **Trade Debt** | | | | $11,268.80 |
| **AEROSPACE TURBINE ROTABLES, INC** 1919 E Northern Street Wichita, KS 67216 | | **Trade Debt** | | | | $39,140.00 |
| **AIRCRAFT COMPONENT REPAIR INC** 25058 Anza Drive Valencia, CA 91355 | | **Trade Debt** | | | | $8,380.00 |
| **AMERICAN EXPRESS** 200 Vesey Street New York, NY 10285 | | **Business Debt** | | | | $30,269.73 |
| **AR LIQUIDE INDUSTRIAL US, LP** 9811 Katy Freeway Suite 100 Houston, TX 77024 | | **Trade Debt** | **Contingent Unliquidated Disputed** | | | $207,615.00 |
| **AVENIR AVIATION** 9710 NW 110th Ave. Unit #6 Miami, FL 33178 | | **Trade Debt** | | | | $25,650.00 |

Debtor **Aerospace Precision, Inc.**　　　Case number *(if known)*
　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AVIALL SERVICES, INC. FLORIDA AKA Boeing Distribution Services Inc.**<br>3350 Davie Rd., Ste 205 For CSC<br>Davie, FL 33314 | | **Trade Debt** | | | | $12,496.90 |
| **AVIATION INSTRUMENTS REPAIR SPECIALISTS**<br>14316 Commerce Way<br>Hialeah, FL 33016 | | **Trade Debt** | | | | $17,992.00 |
| **BOEING DISTRIBUTION, INC**<br>POB 842267<br>Dallas, TX 75284 | | **Trade Debt** | | | | $42,446.20 |
| **FLG AEROSPACE**<br>2701 SW 145 Ave, Suite 200<br>Miramar, FL 33027 | | **DEFAULT UNSECURED JUDGEMENT** | | | | $150,000.00 |
| **JENNA PROPERTY HOLDINGS, LLC**<br>c/o Shutts & Bowman LLP<br>200 East Broward Blvd, Ste 2100<br>Fort Lauderdale, FL 33301 | | **Pending Litigation** | **Contingent Unliquidated Disputed** | | | $1,150,000.00 |
| **LEE & AMTZIS PL**<br>5550 Glades Rd Ste 401<br>Boca Raton, FL 33431 | | **Business Debt** | | | | $57,066.80 |
| **MCT INDUSTRIES, INC.**<br>1965 A1A South, #103<br>Saint Augustine, FL 32080 | | **Trade Debt** | | | | $70,712.00 |
| **MILLENIUM ENGINE PLATING**<br>600 W 84th St<br>Hialeah, FL 33014 | | **Trade Debt** | | | | $13,585.00 |
| **Newpark Mats & Integrated Services LLC**<br>627 24 1/2 Rd, Unit I<br>Grand Junction, CO 81505 | | **Trade Debt** | | | | $33,960.00 |

Debtor  **Aerospace Precision, Inc.**                                                                     Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SAFRAN LANDING SYSTEMS SVC**<br>**10255 NW 116th Ave #7**<br>**Miami, FL 33178** | | **Trade Debt** | | | | $10,780.31 |
| **Seal Dynamics, LLC**<br>**3000 Taft Street**<br>**Hollywood, FL 33021** | | **Trade Debt** | | | | $15,047.65 |
| **SQUARE ONE ARMORING SERVICES CO.**<br>**12370 SW 130th Street**<br>**Miami, FL 33186** | | **Trade Debt** | | | | $76,485.00 |
| **Superior Tradeshow Services, Inc**<br>**11020 North Harmony Lake Circle**<br>**Davie, FL 33324** | | **Trade Debt** | | | | $12,207.00 |

## United States Bankruptcy Court
### Southern District of Florida

In re  **Aerospace Precision, Inc.**  
                                   Debtor(s)

Case No.  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Accountable Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **October 24, 2021**

**/s/ Lee Booth**  
**Lee Booth**/**Accountable Manager**  
Signer/Title